# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Fernando Fabian Palacios Delgado,<br><br>Petitioner,<br><br>v.<br>Joel Brott, Samuel Olson, Kristi Noem,<br>Pamela Bondi,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-4455 ECT/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **DECLARES** Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

2. Respondents are **ENJOINED** from denying Petitioner a bond hearing on the basis that 8 U.S.C. § 1225(b)(2) applies to Petitioner, and Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a)(2)(A).

Date: 12/17/2025                                                                          KATE M. FOGARTY, CLERK